# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CIVIL ACTION NO. 3:15-CV-00306-GCM

| | |
|---|---|
| LEE S. JOHNSON, **Plaintiffs,** v. EQUIFAX INFORMATION SERVICES, INC., **Defendants.** | **ORDER** |

**THIS MATTER** is before the Court on Plaintiff's Motion for Default Judgment and Motion to Strike Answer to Complaint (Doc. No. 11) and Defendant's Response in Opposition (Doc. No. 12). Plaintiff's Motion is **DENIED**. Plaintiff is further ordered to confer with Defendant and show this Court that Plaintiff has engaged in good faith to agree on a discovery plan within 14 days as required by Rule 26(f) of the Federal Rules of Civil Procedure. Failure to comply with this Order will result in sanctions and may cause the Court to dismiss this case.

**SO ORDERED.**

Signed: January 19, 2016

Graham C. Mullen
United States District Judge