IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:15-CV-306-GCM

| | | |
|---|---|---|
| LEE S. JOHNSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| EQUIFAX INFORMATION SERVICES LLC, | ) ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

THIS MATTER IS BEFORE THE COURT ON THE Application for Admission to Practice *Pro Hac Vice* concerning John Anthony Love, filed April 21, 2016.

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby grants the motion.

In accordance with Local Rule 83.1(B), Mr. Love is admitted to appear before this court *pro hac vice* on behalf of Defendant Equifax Information Services LLC.

IT IS SO ORDERED.

Signed: April 22, 2016

Graham C. Mullen
United States District Judge